**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **ANGELICA WATSON,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CITY OF WARNER ROBINS,** *et al.,* )<br>)<br>)<br>**Defendants.** )<br>) | <br><br><br><br><br>CIVIL ACTION NO. 5:22-cv-192 (MTT) |

## ORDER

Plaintiff requests "leave to file Exhibits 82, 84 and 100 *nunc pro tunc* as of the date of her filing response papers in opposition to Defendants' motions for summary judgment (Docs. 32, 33, 34 and 35)." Doc. 59 at 2. That motion (Doc. 59) is **GRANTED**. Plaintiff shall file Exhibits 82, 84 and 100 as separate documents in a single docket entry. It is not appropriate to have separate docket entries for exhibits. Going forward, the parties shall file all exhibits in one docket entry along with their respective motion, response, and/or reply. Again, it is not appropriate to have separate docket entries for exhibits.

**SO ORDERED**, this 25th day of June, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT