IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANGELICA WATSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00192-MTT |
| | * |
| CITY OF WARNER ROBINS et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 18, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of September, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk